UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

WILLIAM WATSON and CLAUDINE
WATSON,

    Plaintiffs,

v.                                Case No:   2:19-cv-521-FtM-60NPM

ALLSTATE INSURANCE
COMPANY, a corporation,

    Defendant.

## ORDER

This matter is before the Court on the Motion to Stay All Deadlines, filed on January 9, 2020. (Doc. 16). Defendant Allstate Insurance Company, a carrier participating in the National Flood Insurance Program, informs the Court that unfortunately, on December 6, 2019, Plaintiffs' counsel, Samuel W. Bearman unexpectedly passed away. (*Id.*, p. 2). Defendant represents that Mr. Bearman was a sole practitioner who had a claims consultant to assist in his cases. (*Id.*). Apparently, Mr. Bearman did not have a succession plan filed with the Florida Bar and his widow has retained counsel to open an estate and assist in identifying other counsel to represent Mr. Bearman's clients in this and other matters. (*Id.*). Allstate requests that the Court vacate the deadlines in the Case Management and Scheduling Order (Doc. 15) or stay the deadlines in this action for ninety (90) days to allow time for Plaintiffs to retain new counsel, if they so choose.

An estate for Mr. Bearman was opened on December 19, 2019. *See* Order (Doc. 29) in *Picard v. USAA Gen. Indem. Co.*, No. 3:19-cv-307-J-39JBT. The state court appointed Phyllis Bearman as the Personal Representative and she is represented by

attorney Artice L. McGraw. *Id.*, pp. 1-2. They are attempting to obtain authorization to conduct the affairs of Mr. Bearman's law practice, including finding competent attorneys to continue prosecuting Mr. Bearman's cases. *Id.*, p. 2.

For these reasons, the Court finds it appropriate to vacate the Case Management and Scheduling Order (Doc. 15). The Court directs Defendant's counsel, **on or before March 13, 2020**, to confer with Mr. McGraw (or any successor counsel retained by Plaintiff) and file a joint status update regarding whether the parties are prepared to proceed.

Accordingly, it is hereby **ORDERED**:

(1) The Motion to Stay All Deadlines (Doc. 16) is **GRANTED**.

(2) The deadlines in the Case Management and Scheduling Order (Doc. 15) are **VACATED** and will be reset upon further Order of the Court.

(3) On or before **March 13, 2020**, Defendant shall confer with Mr. McGraw (or any successor counsel retained by Plaintiff) and the parties shall file a joint status update regarding whether the parties are prepared to proceed. If Plaintiff has not retained substitute counsel, then the notice shall include contact information for Plaintiff.

(4) The Clerk of Court is directed to provide copies of this Order by U.S. mail and email to Mr. McGraw and Dennis Abbott, Mr. Bearman's claims consultant, at the addresses listed below.

(5) The Clerk of Court is further directed to administratively close the file pending further order of the Court.

**DONE** and **ORDERED** in Fort Myers, Florida on January 17, 2020.

*Nicholas P. Mizell*
NICHOLAS P. MIZELL
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record

Artice L. McGraw, Esq.
917 North Twelfth Avenue
Pensacola, FL 32501
ArticeLMcGraw@ArticeLMcGraw.com

Dennis Abbott
820 North 12th Avenue
Pensacola, FL   32501
dabbott@bearmanlaw.com